UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA


GREGORY D. BOLIN,

        Petitioner,                                3:07-CV-0481-RLH-VPC

vs.                                                **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,                  January 23, 2012

        Respondents.

PRESENT:
THE HONORABLE     ROGER L. HUNT    , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   JAMES R. BARKLEY         REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING
COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

     Petitioner has filed a request for the preparation of a transcript of the *ex parte* proceeding held on January 12, 2012. Docket #101. Good cause appearing,

     **IT IS ORDERED** that petitioner's request (docket #101) is GRANTED. The court reporter shall prepare a transcript of the aforementioned proceeding.

     **IT IS FURTHER ORDERED** that a copy of the transcript shall only be available to petitioner's counsel and **shall not be provided to respondents' counsel or made public** as it contains discussions relating to privileged attorney-client communications and the attorney-client relationship.

                                                      LANCE S. WILSON, CLERK

                                                     By:   /s/ James R. Barkley
                                                           Deputy Clerk