UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGORY D. BOLIN,<br><br>　　　　　　Petitioner,<br><br>　v.<br><br>RENEE BAKER, *et al.,*<br><br>　　　　　　Respondents. | Case No. 3:07-cv-00481-MMD-VPC<br><br>ORDER |

On June 13, 2012, this court discharged Saor Stetler as counsel for the petitioner, Gregory D. Bolin, in this capital habeas corpus case. ECF No. 115. The court also stayed proceedings pending the appointment of new counsel. *Id.*

The court has now located counsel qualified under 18 U.S.C. § 3599(c) and (d) to undertake representation of the petitioner. Good cause appearing, pursuant to 18 U.S.C. § 3599(a) and in the interest of justice, the court shall appoint David K. Neidert as counsel for the petitioner in this case. Upon accepting the court's appointment as counsel, Mr. Neidert shall represent petitioner in all future federal proceedings in this court relating to this matter, including subsequent actions, and appeals therefrom, pursuant to 18 U.S.C. § 3599(e), until allowed to withdraw.

**IT IS THEREFORE ORDERED** that David K. Neidert is appointed to represent the petitioner in this case. Mr. Neidert shall have **twenty (20) days** from the date of entry of this order to undertake such representation or indicate to the court his inability to do so.

1 **IT IS FURTHER ORDERED** that the Clerk shall serve this order electronically on Mr. Neidert (david.neidert@gmail.com).

**IT IS FURTHER ORDERED** that the Clerk shall place a copy of this order for delivery via U.S. mail to Gregory D. Bolin.

**IT IS FURTHER ORDERED** that this federal habeas proceeding shall remain stayed pending further orders from this court.

DATED THIS 9th day of July 2012.

_____
UNITED STATES DISTRICT JUDGE