UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY D. BOLIN,<br><br>　　　　　　　　Petitioner,<br>　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:07-cv-00481-MMD-VPC<br><br>ORDER |

On November 27, 2012, petitioner Bolin filed a notice of abandonment of unexhausted claims, a third amended petition for writ of habeas corpus, and a motion to amend Claim 6 and Claim 10. (Dkt. nos. 131-133.) The respondents objected to the filing of the third amended petition, arguing that it failed to comply with the Court's requirement that it contain only exhausted claims. (Dkt. no. 134.) In response, Bolin filed a motion for leave to file a fourth amended petition and to revise his motion to amend Claim 6 and Claim 10 and his notice of abandonment. (Dkt. no. 135.) With that motion, he also filed each of the documents he seeks to revise. (Dkt. no. 136-138.)

On January 2, 2013, respondents filed a notice expressing their non-opposition to Bolin's motions for leave to file a fourth amended petition and revise other pleadings and to his revised motion to amend Claim 6 and Claim 10. (Dkt. no. 141.) Good cause appearing, the Court shall grant these motions and establish a schedule for further proceedings in this case.

IT IS THEREFORE ORDERED that petitioner's motion for leave to file a fourth amended petition (dkt. no. 135) and his revised motion to amend Claim 6 and Claim 10 (dkt. no. 137) are GRANTED.

IT IS FURTHER ORDERED that further proceedings are scheduled as follows:

1. **Answer**. Respondents shall have **sixty (60) days** from the date this order is entered within which to file an answer to the fourth amended petition for writ of habeas corpus (dkt. no. 138).

2. **Reply and Response to Reply**. Petitioner shall have **forty-five (45) days** following service of an answer by respondents to file and serve a reply. Respondents shall thereafter have **thirty (30) days** following service of a reply to file and serve a response to the reply.

3. **Evidentiary Hearing**. If petitioner wishes to request an evidentiary hearing, petitioner shall file and serve a motion for an evidentiary hearing concurrently with, but separate from, his reply to respondents' answer. The motion for an evidentiary hearing must specifically address why an evidentiary hearing is required, and must meet the applicable requirements of 28 U.S.C. § 2254(e). The motion must identify whether an evidentiary hearing was held in state court, and, if so, state where the transcript is located in the record. If petitioner files a motion for an evidentiary hearing, respondents shall file and serve a response to that motion concurrently with, but separate from, their response to petitioner's reply. Petitioner shall thereafter have **twenty (20) days**, following service of respondents' response to the motion for an evidentiary hearing, to file and serve a reply in support of that motion.

**IT IS FURTHER ORDERED** that petitioner's motion to amend Claim 6 and Claim 10 (dkt. no. 132) is DENIED as moot.

DATED THIS 9th day of January 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE