UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GREGORY D. BOLIN,

        Petitioner,                        3:07-CV-0481-MMD-VPC

vs.                                           **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,                May 2, 2013

        Respondents.
_____/

PRESENT:
THE HONORABLE   MIRANDA M. DU  , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   JAMES R. BARKLEY     REPORTER:   NONE APPEARING

COUNSEL FOR PETITIONER:   NONE APPEARING

COUNSEL FOR RESPONDENTS:   NONE APPEARING

MINUTE ORDER IN CHAMBERS:   XXX

      On April 21, 2013, petitioner's counsel filed an *ex parte* motion for an *ex parte* hearing to address matters related to counsel's ongoing relationship with their client. The court will grant counsel's request and set an *ex parte* hearing to hear from petitioner's counsel and the petitioner regarding the matters identified by counsel.

      **IT IS THEREFORE ORDERED** that the *Ex Parte* Motion for Hearing (dkt. no. 173) filed by petitioner's counsel on April 21, 2013, is GRANTED. An *ex parte* hearing is set for **Monday, June 3, 2013, at 1:30 p.m.**, in the Lloyd D. George U.S. Courthouse in Las Vegas. Petitioner's counsel and the petitioner shall participate via telephone.

      **IT IS FURTHER ORDERED** that the Attorney General's Office shall make arrangements for the petitioner to be available telephonically for this hearing and notify Peggie Vannozzi (702-464-5429) on or before May 31, 2013, to advise the court of the telephone

number where the petitioner may be reached the day of the hearing. Petitioner's counsel shall contact Ms. Vanozzi in advance of the hearing for instructions necessary to participate in the hearing.

**IT IS FURTHER ORDERED** that the respondents shall not participate in this hearing.

**IT IS FURTHER ORDERED** that petitioner's *pro se* motion for a hearing (dkt. no. 172) is DENIED as moot.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall send a hard copy of this minute order to Gregory Bolin at his place of incarceration.

LANCE S. WILSON, CLERK

By:   /s/ James R. Barkley
       Deputy Clerk