UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

GREGORY D. BOLIN,

   Petitioner,       3:07-CV-0481-MMD-VPC

vs.            **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,     June 24, 2013

   Respondents.
_____/

PRESENT:
THE HONORABLE  MIRANDA M. DU , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: JAMES R. BARKLEY  REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER: NONE APPEARING

COUNSEL FOR RESPONDENTS: NONE APPEARING

MINUTE ORDER IN CHAMBERS: XXX

   Petitioner has filed a *pro se* request for the preparation of a transcript of the *ex parte* proceeding held on June 3, 2013. Dkt. no. 184. Good cause appearing,

   **IT IS ORDERED** that petitioner's request (dkt. no. 184) is GRANTED. The court reporter shall prepare a transcript of the aforementioned proceeding.

   **IT IS FURTHER ORDERED** that the court clerk's office shall send a hard copy of the transcript to the petitioner at his place of confinement.

**IT IS FURTHER ORDERED** that a copy of the transcript **shall not be provided to respondents' counsel or made public as it contains discussions relating to privileged attorney-client communications and the attorney-client relationship**.

                                          LANCE S. WILSON, CLERK

                              By:    /s/ James R. Barkley
                                       Deputy Clerk