# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GREGORY D. BOLIN,

        Petitioner,                         3:07-CV-0481-MMD-VPC

vs.                                           **MINUTES OF THE COURT**

RENEE BAKER, *et al.*,               December 31, 2013

        Respondents.
_____/

PRESENT:
THE HONORABLE    **MIRANDA M. DU**   , UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:   **JAMES R. BARKLEY**   REPORTER:   **NONE APPEARING**

COUNSEL FOR PETITIONER:   **NONE APPEARING**

COUNSEL FOR RESPONDENTS:   **NONE APPEARING**

MINUTE ORDER IN CHAMBERS:   **XXX**

      Petitioner has filed a *pro se* request for the preparation of a transcript of the *ex parte* proceeding held on December 4, 2013. Dkt. no. 212. Good cause appearing,

      **IT IS ORDERED** that petitioner's request (dkt. no. 212) is GRANTED. The court reporter shall prepare a transcript of the aforementioned proceeding.

      **IT IS FURTHER ORDERED** that the court clerk's office shall send a hard copy of the transcript to the petitioner at his place of confinement.

**IT IS FURTHER ORDERED** that a copy of the transcript **shall not be provided to respondents' counsel or made public as it contains discussions relating to privileged attorney-client communications and the attorney-client relationship**.

                                          LANCE S. WILSON, CLERK

                                By:   /s/ James R. Barkley
                                       Deputy Clerk