UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGORY BOLIN, | Case No. 3:07-00481-MMD-CLB |
| Petitioner, | |
| v. | ORDER |
| CALVIN JOHNSON,[1] *et al.*, | |
| Respondents. | |

On April 26, 2021, the United States Court of Appeals for the Ninth Circuit issued a decision concluding that this Court applied the incorrect standard in denying Petitioner Bolin's motion for stay and abeyance under *Rhines v. Weber*, 544 U.S. 269 (2005). (ECF No. 259.) As a result, the Ninth Circuit reversed and remanded for this Court "to apply the proper standard in ruling on Bolin's *Rhines* motion." (*Id.* at 9.)

As discussed in the decision, this Court denied Bolin's stay request without the benefit of subsequent case law providing guidance as to the proper standard. (*Id.* at 7-9 (first citing *Blake v. Baker*, 745 F.3d 977 (9th Cir. 2014), and then citing *Dixon v. Baker*, 847 F.3d 714 (9th Cir. 2017).) Consequently, the Court will allow the parties to update their arguments considering the current case law governing the application of *Rhines*.

///

---

[1] Based on a Nevada Department of Corrections Inmate Search (https://ofdsearch.doc.nv.gov/form.php), Petitioner Bolin is currently housed at High Desert State Prison. Thus, the warden of that facility, Calvin Johnson, is substituted for Renee Baker as the primary Respondent. *See Rumsfeld v. Padilla*, 542 U.S. 426, 435 (2004) (noting that the default rule is that the proper respondent is the warden of the facility where the prisoner is being held).

It is therefore ordered that Bolin has 60 days from the date this order is entered to file a renewed motion for stay and abeyance.

It is further ordered that Respondents will have 60 days following service of the motion to file a response. Bolin will thereafter have 30 days to file a reply.

The Clerk of Court is directed to reopen this case.

DATED THIS 21st Day of May 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE