UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY BOLIN,<br><br>　　　　　　　Petitioner,<br>　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:07-00481-MMD-CLB<br><br>ORDER |

Representing herself as the attorney for Petitioner Bolin, Julie D. Cantor has filed a notice of in camera submission. (ECF No. 281.) Ms. Cantor is not the attorney of record for Mr. Bolin. Thus, the notice is a fugitive document. *See* LR IA 11-6.

It is therefore ordered that the Clerk of Court strike from the record the notice of in camera submission (ECF No. 281).

DATED THIS 30th Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE