UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY BOLIN,<br><br>                Petitioner,<br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                Respondents. | Case No. 3:07-00481-MMD-CLB<br><br>ORDER |

Julie D. Cantor has filed a motion to substitute as counsel for the Petitioner, Gregory Bolin. (ECF No. 284.) Mr. Bolin is currently represented in this matter by Deputy Federal Public Defenders Andrea A. Yamsuan and Laura Paul, who are employed by the Office of the Federal Public Defender for the Central District of California. The issues raised in support of Ms. Cantor's motion require this Court to inquire whether substitution of counsel is warranted in this case. *See Martel v. Clair*, 565 U.S. 648, 664 (2012).

It is therefore ordered that Mr. Bolin's current counsel of record, Ms. Yamsuan and Ms. Paul, shall file a response to the motion to substitute (ECF No. 284) on or before December 8, 2021.

It is further ordered that counsel may file their response under seal, but must serve a copy on Ms. Cantor.

DATED THIS 3rd Day of December 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE