# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GREGORY BOLIN,<br><br>                  Petitioner,<br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>                  Respondents. | Case No. 3:07-00481-MMD-CLB<br><br>ORDER |

      This Court set a virtual ex parte hearing for December 16, 2021, in relation to Petitioner's ex parte motions filed under seal. (ECF Nos. 279, 280.) Attorney Julie Cantor has filed an intervening motion to substitute as counsel for Petitioner (ECF No. 284) that should be resolved prior to the Court addressing those motions.

      It is therefore ordered that the ex parte hearing set for December 16, 2021 (ECF Nos. 273, 276) is vacated pending resolution of the motion to substitute counsel.

      It is further ordered that the Clerk of Court is directed to send a copy of this order, via U.S. mail, to Petitioner Bolin at Ely State Prison.

      DATED THIS 9th Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE