UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| GREGORY BOLIN, | Case No. 3:07-00481-MMD-CLB |
| --- | --- |
| Petitioner, | |
| v. | ORDER |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

Proceedings in this federal habeas case are currently stayed to allow Petitioner, Gregory Bolin, to exhaust state court remedies for his unexhausted claims. The order granting a stay set November 9, 2021, as the deadline for Bolin to file his exhaustion petition in state court. (ECF No. 269 at 1.) Due to a substitution of counsel for Bolin, that deadline will be extended.

It is therefore ordered that Bolin must file his exhaustion petition in the state court within 120 days of the date of this order.

It is further ordered that, in all other respects, the stay is governed by the Court's prior order (ECF No. 269).

DATED THIS 18th Day of January 2022.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE