UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY BOLIN,

                 Petitioner,

  v.

WILLIAM REUBART,[1] et al.,

                 Respondents.

Case No. 3:07-cv-00481-ART-CLB

ORDER

The parties in this case have stipulated to a 14-day enlargement of time for the Petitioner to file his exhaustion petition in state court. ECF No. 303. Good cause appearing, the court grants the extension.

IT IS THEREFORE ORDERED that Petitioner shall file his exhaustion petition on or before June 1, 2022.

IT IS FURTHER ORDERED that Petitioner's ex parte motions requesting, then withdrawing his request for an extension of time (ECF No. 300/301/302) are DENIED as moot. Those motions shall remain under seal.

DATED THIS 17th day of May 2022.

ANNE T. TRAUM
UNITED STATES DISTRICT JUDGE

---

[1] As current warden of Ely State Prison, William Reubart is substituted for his predecessor, William Gittere, as the primary respondent in this case. *See* Fed. R. Civ. P. 25(d).