UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY BOLIN,<br><br>                Petitioner,<br>   v.<br>WILLIAM REUBART, et al.,<br><br>                Respondents. | Case No. 3:07-cv-00481-ART-CLB<br><br>ORDER |

    The parties in this case have stipulated to a 5-day enlargement of time for the Petitioner to file his exhaustion petition in state court. ECF No. 307. Good cause appearing, the court grants the extension.

    IT IS THEREFORE ORDERED that Petitioner shall file his exhaustion petition on or before June 6, 2022.

    DATED THIS 2nd day of June 2022.

_____
ANNE T. TRAUM
UNITED STATES DISTRICT JUDGE