1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY BOLIN,

                      Petitioner,

    v.

WILLIAM REUBART, et al.,

                 Respondents.

Case No. 3:07-cv-00481-ART-CLB

ORDER

13
14
15
16
      The parties in this case have stipulated to an 18-day enlargement of time for the Petitioner to file his exhaustion petition in state court. ECF No. 309. This is the third such stipulation. The court will grant this extension but any further extensions will not be permitted in the absence of extraordinary circumstances.

17
18
      IT IS THEREFORE ORDERED that Petitioner shall file his exhaustion petition on or before June 24, 2022.

19
      DATED THIS 7th day of June 2022.

20
21
22

_____
ANNE T. TRAUM
UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28