UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY BOLIN,

             Petitioner,

v.

WILLIAM GITTERE, et al.,

             Respondents.

Case No. 3:07-cv-00481-ART-CLB

ORDER

Respondents filed a motion for more definite statement in response to petitioner Bolin's fifth amended petition for writ of habeas corpus. (ECF No. 346.) With their motion, respondents argue that Bolin failed to specify when, where, and how he exhausted his habeas claims on a claim-by-claim basis. In response to respondents' motion, Bolin provides a chart explaining whether and how he exhausted his claims. (ECF No. 348-1.) Respondents accept the chart as a sufficient statement of exhaustion for Bolin's claims. (ECF No. 349 at 4.) Thus, respondents' motion for more definite statement is now moot.

IT IS THEREFORE ORDERED that respondents' motion for more definite statement is (ECF No. 346) is DENIED as moot.

IT IS FURTHER ORDERED that respondents' unopposed motion to extend time to file a response to Bolin's fifth amended petition (ECF No. 347) is GRANTED. Respondents' response to Bolin's fifth amended petition (ECF No. 335) is due 60 days from the date this order is entered. In all other respects, the court's scheduling order of July 2, 2024, (ECF No. 58) remains in effect.

IT IS FURTHER ORDERED that the unopposed motion for leave to file a brief as amici curiae in this action (ECF No. 339), filed by Innocence Project, Inc. and the Wilson Center for Science and Justice at Duke Law, is GRANTED.

1

1  The Clerk shall file the brief (currently docketed as ECF No. 339-1) under its
2  own docket number.
3
4      Dated this 4th day of November, 2024.
5
6
7  _____
          ANNE R. TRAUM
8            UNITED STATES DISTRICT JUDGE