UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY BOLIN,<br><br>　　　　　　　　Petitioner,<br>　v.<br>WILLIAM GITTERE, et al.,<br><br>　　　　　　　　Respondents. | Case No. 3:07-cv-00481-ART-CLB<br><br>ORDER |

In this capital habeas case under 28 U.S.C. § 2254, the Center for Integrity in Forensic Sciences ("CIFS") filed a motion for leave to file a brief as amicus curiae in support the petitioner, Gregory Bolin. ECF No. 365. Respondents have not filed an opposition, so the motion will be granted. *See* Local Rule 7-2(d) ("[T]he failure of an opposing party to file points and authorities in response to any motion … constitutes a consent to the granting of the motion.")

IT IS THEREFORE ORDERED that CFIS's motion for leave to file a brief as amicus curiae in support the petitioner (ECF No. 365) is GRANTED. The Clerk of Court directed **file** the amicus brief (ECF No. 365-1) as a separate docket entry. Respondents have 30 days to file a response to the brief if they so desire.

IT IS FURTHER ORDERED that pro hac vice fees for CFIS's counsel, who are appearing pro bono, are waived.

DATED THIS 22nd day of October, 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1