UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

GREGORY D. BOLIN,

                              Petitioner,

      v.

JEREMY BEAN, *et al.*,

                              Respondents.

Case No. 3:07-cv-00481-ART-CLB

ORDER

In this habeas corpus action, on February 5, 2026, the Court entered an order resolving the respondents' motion to dismiss. (ECF No. 371.) In that order, the Court ordered that the respondents had 60 days—until April 6, 2026—to file an answer responding to the remaining claims in Gregory D. Bolin's fifth amended habeas corpus petition. (*Id.* at 30.) On April 6, 2026, Respondents filed a motion for extension of time, requesting a 60-day extension of time for their answer, extending the deadline to June 5, 2026. (ECF No. 372.) Respondents' counsel states that the extension is necessary because of other professional commitments and recent health concerns, including recovery from a major surgery on April 2, 2026. (*Id.* at 2–4.) Bolin, who is represented by appointed counsel, filed an opposition to the motion for extension of time, referring to his age, his own health concerns, the time he has been incarcerated, and the respondents' filing of the motion for extension of time on the deadline for their answer. (ECF No. 373.) Bolin states that he "no longer has the luxury of time." (*Id.* at 2.) Respondents filed a reply. (ECF No. 374.) The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time. The Court will grant the extension as requested.

1

It is therefore ordered that the Motion for Enlargement of Time (ECF No. 372) is granted. Respondents will have until and including June 5, 2026, to file an answer to Petitioner's fifth amended habeas corpus petition (ECF No. 335). In all other respects, the schedule set forth in the court's July 2, 2024, order (ECF No. 334) remains in effect.

It is further ordered that, pursuant to Federal Rule of Civil Procedure 25(d), Jeremy Bean is substituted for William Gittere as the respondent warden. The Clerk of the Court is directed to update the docket to reflect that change.

DATED THIS 27th day of April, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2