UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY D. BOLIN, | Case No. 3:07-cv-00481-ART-CLB |
| Petitioner, | ORDER |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

In this capital habeas corpus action, on October 22, 2025, the Court granted a motion filed by the Center for Integrity in Forensic Sciences ("CIFS") for leave to file a brief as amicus curiae in support the petitioner, Gregory Bolin. (ECF No. 368.) CFIS's amicus brief was filed on that same date. (ECF No. 369.) Respondents' response to CFIS's amicus brief was due on June 5, 2026. (*See* ECF Nos. 370, 371.) On June 5, Respondents filed a motion for extension of time, requesting a 45-day extension of time, to July 20, 2026. (ECF No. 378.) Respondents' counsel states that the extension is necessary because of health issues, including recovery from a major surgery, and time away from work. (*Id.* at 2.) There was no response to the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 378) is granted. Respondents will have until and including July 20, 2026, to file a response to CFIS's amicus brief.

DATED THIS 9th day of July, 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

1